```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Robert Breest

    v.                                                                   Case No. 18-cv-908-SM

NH Attorney General

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 20, 2020.

The clerk of court shall enter judgment and close the case.

                                                   _____
                                                   Steven J. McAuliffe
                                                   United States District Judge

Date: March 25, 2020

cc:  Robert Breest, pro se
      Elizabeth C. Woodcock, Esq.